No. 98–346. STROHMEYER v. NEVADA. Sup. Ct. Nev. Certiorari dismissed under this Court's Rule 46.

No. 97–1623. UNITED STATES v. FOSTER. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Muscarello* v. *United States,* 524 U. S. 125 (1998).

No. 97–1656. SLOAN v. SHARP, COMPTROLLER OF PUBLIC ACCOUNTS OF TEXAS, ET AL. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Faragher* v. *Boca Raton,* 524 U. S. 775 (1998), and *Burlington Industries, Inc.* v. *Ellerth,* 524 U. S. 742 (1998).

No. 97–1751. PFAU v. REED, DIRECTOR, DEFENSE CONTRACT AUDIT AGENCY. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Faragher* v. *Boca Raton,* 524 U. S. 775 (1998), and *Burlington Industries, Inc.* v. *Ellerth,* 524 U. S. 742 (1998).

No. 97–1969. WILSON v. CITY OF PLANO. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Faragher* v. *Boca Raton,* 524 U. S. 775 (1998), and *Burlington Industries, Inc.* v. *Ellerth,* 524 U. S. 742 (1998).